188 So.2d 287

**Clyde Edward LOTT**

**v.**

**STATE.**

**I Div. 385.**

Supreme Court of Alabama.

June 16, 1966.

Clyde Edward Lott, pro se.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

See also 42 Ala.App. 484, 168 So.2d 265.

GOODWYN, Justice.

Petition of Clyde Edward Lott for certiorari to the Court of Appeals to review and revise the judgment and decision in Lott v. State, 188 So.2d 285.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.